# Third District Court of Appeal

## State of Florida

Opinion filed February 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0024
Lower Tribunal No. 18-16792
_____

**Music Royalty Consulting, Inc.,**
Appellant,

vs.

**American Society of Composers, Authors and Publishers,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Shahady & Wurtenberger, P.A., and John J. Shahady (Fort Lauderdale), for appellant.

Holland & Knight LLP, and Rebecca M. Plasencia, for appellee.

Before LINDSEY, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Engelke v. Logan</u>, 392 So. 3d 254, 260 (Fla. 2d DCA 2024) (holding that claim for declaratory judgment accrued when plaintiff became aware that parties' interests under oral contract became adverse); <u>see also</u> <u>Sutton Enters., Ltd. v. Santa Clara Constr. Co.</u>, 767 So. 2d 547, 549 (Fla. 3d DCA 2000) ("A person [or business entity] has no right to shut his eyes or ears to information, and then say that he has no notice. The law will not permit him to remain wilfully ignorant of a thing readily ascertainable by whatever party puts him on inquiry, when the means of knowledge is at hand." (quotations omitted)).